# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19mj 307 | 6/5/19 @ 3:30pm | Dan Crichton - UPS |

Inventory made in the presence of: Dave Ashley

Inventory of the property taken and name of any person(s) seized:

- 8 packages of suspected marijuana

RICHARD W. NAGEL
CLERK OF COURT
2019 JUN 13 PM 3:08
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/5/19

Executing officer's signature

SA Austin Roseberry
Printed name and title